No. 83–6676. GARCIA *v.* INGRAM. C. A. 10th Cir. Motion of petitioner to consolidate this case with No. 83–1360, *Webb* v. *County Board of Education of Dyer County, Tennessee* [certiorari granted, 466 U. S. 935], denied.

No. 83–6631. IN RE DOHM; and
No. 83–6652. IN RE YATES. Petitions for writs of mandamus denied.

No. 83–1015. NATIONAL ASSOCIATION FOR THE ADVANCE-MENT OF COLORED PEOPLE ET AL. *v.* HAMPTON COUNTY ELEC-TION COMMISSION ET AL. Appeal from D. C. S. C. Probable jurisdiction noted. JUSTICE MARSHALL took no part in the consideration or decision of this case.

No. 82–2157. CENTRAL STATES, SOUTHEAST & SOUTHWEST AREAS PENSION FUND ET AL. *v.* CENTRAL TRANSPORT, INC., ET AL. C. A. 6th Cir. Certiorari granted.

No. 83–529. UNITED STATES *v.* SHARPE ET AL. C. A. 4th Cir. Certiorari granted.

No. 83–1623. ANDERSON *v.* CITY OF BESSEMER CITY, NORTH CAROLINA. C. A. 4th Cir. Certiorari granted.

No. 83–1625. UNITED STATES *v.* JOHNS ET AL. C. A. 9th Cir. Certiorari granted.

No. 83–1660. ATKINS, COMMISSIONER OF THE MASSACHU-SETTS DEPARTMENT OF PUBLIC WELFARE *v.* PARKER ET AL.; and
No. 83–6381. PARKER ET AL. *v.* BLOCK, SECRETARY OF AGRI-CULTURE, ET AL. C. A. 1st Cir. Motions of Gill Parker et al. for leave to proceed *in forma pauperis* granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 722 F. 2d 933.